NUMBER 13-04-00545-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE PAN AMERICAN EXPRESS, INC. AND JOSE HERNANDEZ 

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Pan American Express, Inc. and Jose Hernandez, filed a petition for
writ of mandamus in the above cause on October 14, 2004. The Court, having
examined and fully considered the petition for writ of mandamus, is of the opinion that
relators have not shown themselves entitled to the relief sought. Accordingly, the
petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 18th day of October, 2004.